FILED

JAN 08 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAFLAMME,<br><br>    Petitioner,<br><br>vs.<br><br>EVANS, Warden,<br><br>    Respondent. | No. C 11-02718 EJD (PR)<br><br>ORDER OF DISMISSAL; DENYING CERTIFICATE OF APPEALABILITY<br><br><br><br>(Docket No. 19) |

Petitioner, a state prisoner incarcerated at Kern Valley State Prison ("KVSP"), filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction. The Court on three occasions dismissed the petition with leave to amend, finding the petitions failed to state cognizable claims. (See Docket Nos. 5, 10 & 16.) Petitioner has filed a third amended petition ("TAP"). (Docket No. 17.)

## BACKGROUND

According to the TAP, Petitioner pleaded guilty in San Francisco County Superior Court to second degree murder and the use of a knife. (TAP. 2.) On September 1, 1982, Petitioner was sentenced to sixteen years to life in state prison. (Id.)

Order of Partial Dismissal; Leave to File Third Amended Petition
02718LaFlamme_dsm.wpd

According to the TAP, Petitioner appealed the conviction; the state appellate court affirmed the conviction and the state high court denied review in 2011. (Id. at 3.) Petitioner also alleges that he filed a petition for a writ of certiorari in the United Sates Supreme Court raising good time credits and parole claims. (Id. at 4.) Petitioner initiated the instant federal habeas action on June 6, 2011.

## DISCUSSION

A. <u>Standard of Review</u>

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

B. <u>Legal Claims</u>

The Court found that Petitioner failed to correct the deficiencies from his original petition in his various amended petitions. Petitioner cited to state regulations and case law without giving specific facts showing how those regulations and case law apply, or have been incorrectly applied, *to his specific conviction and sentence* such that his continued confinement is unconstitutional. (Am. Pet. at 6.) Petitioner was provided a third opportunity to file an amended petition to attempt to state cognizable claims and correct these deficiencies.

In the TAP, Petitioner describes how credits are earned in California prisons, and discusses the regulations over the last thirty years. Petitioner states that CDCR is not properly following California regulations and has not correctly calculated his prison term. However, Petitioner has again failed to specifically describe how his sentence is improper. Simply stating that his prison term has been improperly calculated is

insufficient, especially was Petitioner's sentence carries the possibility of life. Nor has Petitioner alleged a proper federal habeas claim by stating California regulation are not being properly followed. The petition will be dismissed. As Petitioner has already been provided several opportunities to amend and as it is clear no amount of amendment will cure the deficiencies noted by the Court, the petition is dismissed with prejudice.

## CONCLUSION

For the foregoing reasons, the petition is DISMISSED with prejudice. Petitioner's motion for a hearing (Docket No. 19) is DENIED.

Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability ("COA") under 28 U.S.C. § 2253(c) is DENIED because it cannot be said that "reasonable jurists" would find the district court's assessment of the constitution claims debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000).

DATED: 1/7/13

EDWARD J. DAVILA
United States District Judge