IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAFLAMME,<br><br>   Petitioner,<br><br>vs.<br><br>EVANS, Warden,<br><br>   Respondent. | No. C 11-02718 EJD (PR)<br><br>JUDGMENT |

For the reasons stated in the order of dismissal, this action is DISMISSED. Judgment is entered accordingly.

The clerk shall close the file.

DATED: 1/7/13

EDWARD J. DAVILA
United States District Judge

Judgment
02718LaFlamme_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DON LAFLAMME,

    Petitioner,

v.

EVANS, Warden,

    Respondent.

Case Number CV 11-02718 EJD (PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __1/08/13__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) inter-office delivery receptacle located in the Clerk's office.

**Don LaFlamme**
C-52818
Kern Valley State Prison
P. O. Box 5103
Delano, CA 93216

DATED: __1/08/13__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk